# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA ROWE,**<br>　　　　Plaintiff,<br>　　vs.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>　　　　Defendant. | CASE NO. 19-cv-07723-YGR<br><br>**JUDGMENT** |

The Court, having granted plaintiff's motion for summary judgment, hereby orders, adjudges, and decrees that judgment be entered in favor of plaintiff.

The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: August 11, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**